UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lisa DeSanti v. Bayer Corporation, et al.* | No. 11-cv-12189-DRH |
| *Christine M. Fleming v. Bayer Corporation, et al.* | No. 11-cv-12331-DRH |
| *Erica Graves, et al. v. Bayer Corporation, et al.* | No. 12-cv-10909-DRH |
| *Natalie Gutkin v. Bayer Corporation, et al.* | No. 12-cv-11251-DRH |
| *Ashley Johnson v. Bayer Corporation, et al.* | No. 11-cv-13059-DRH |
| *Tonya McLean v. Bayer Corporation, et al.* | No. 12-cv-11250-DRH |
| *Sarah Parkinson v. Bayer Corporation, et al.* | No. 11-cv-13219-DRH |
| *Jessica Phillips v. Bayer Corporation, et al.* | No. 12-cv-11253-DRH |
| *Maggie Quaranto, et al. v. Bayer Corporation, et al.* | No. 12-cv-11350-DRH |
| *Jennifer Smith v. Bayer Corporation, et al.* | No. 11-cv-13523-DRH |
| *Terrellyn Taylor, et al. v. Bayer Corporation, et al.* | No. 11-cv-13057-DRH |
| *Rachel A. Walisko v. Bayer Corporation, et al.* | No. 11-cv-10982-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 30, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                              **BY:**   /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

**Dated:** June 30, 2014

Digitally signed by David R. Herndon
Date: 2014.06.30 14:36:01 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**

2